IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CONGREGATION ARIEL RUSSIAN COMMUNITY SYNAGOGUE, INC., et al. | * |
| | * |
| Plaintiffs | |
| | * |
| v. | Case No: 1:17-cv-00910-SAG |
| | * |
| BALTIMORE COUNTY, MARYLAND, et al. | |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT STATUS REPORT**

Plaintiffs, Congregation Ariel Russian Community Synagogue, Inc. and Rabbi Velvel Belinsky and Defendants, Baltimore County, Maryland and the Board of Appeals of Baltimore County submit this updated Joint Status Report pursuant to the Stipulation accepted by the Court on March 3, 2020 (Dkt No. 144).

**I.     ITEMS IDENTIFIED IN MARCH 3, 2020 STIPULATION [Dkt No. 144]**

Plaintiffs have completed the additional discovery agreed to in paragraphs a(i)-(a)(ii) of the Stipulation. Defendants reserve the right to contest whether Plaintiff Ariel adequately answered Interrogatory Nos. 11 and 25 from Defendant Baltimore County.

The parties did not resolve these proceedings during the Settlement Conference referenced in the Stipulation. Plaintiffs have completed item 3(e)(ii) identified in that document. Plaintiffs will complete item 3(e)(i) no later than July 2, 2020, as Stipulated.

The parties will submit an amended scheduling order for the Court's consideration no later than July 2, 2020, as Stipulated.

## II. ITEMS IDENTIFIED IN JANUARY 21, 2020 STATUS REPORT [Dkt. No. 125]

Items I(1), II(1) and III remain outstanding.

The parties have negotiated a resolution to item II(2).

Date: June 25, 2020

Respectfully submitted,

By: */s/ Blair Lazarus Storzer*
    Roman P. Storzer
    Blair Lazarus Storzer
    1025 Connecticut Ave., N.W. Suite 1000
    Washington, D.C. 20036

    *Counsel for Plaintiffs Congregation Ariel Russian Community Synagogue, Inc. and Rabbi Velvel Belinsky*

By: */s/ Aaron L. Casagrande (with permission)*
    Harry S. Johnson
    Howard R. Feldman
    Jennifer R. Lazenby
    Aaron L. Casagrande
    Iona Kastellorizos
    Whiteford, Taylor & Preston, LLP
    7 Saint Paul Street, Suite 1500
    Baltimore, MD 21202-1636

    James R. Benjamin, Jr.
    James J. Nolan, Jr.
    R. Brady Locher
    Paul Mayhew
    Baltimore County Office of Law
    400 Washington Avenue
    Towson, Maryland 21202

    *Counsel for Defendants Baltimore County and the Board of Appeals of Baltimore County, Maryland*