**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**A. DAVID COPPERTHITE**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0946**<br>MDD_ADCChambers@mdd.uscourts.gov |

November 18, 2020

TO COUNSEL OF RECORD

Re: *Congregation Ariel Russian Community Synagogue, Inc., et al. v. Baltimore County, MD et al.,*   Civil No. SAG-17-910

Dear Counsel:

    This Court has reviewed ECF 191, challenging the Court's ruling set forth in ECF 189. To clarify the Court's ruling in ECF 189, there was no intent to preclude the Plaintiff from conducting a proper Rule 30(b)(6) deposition of Defendant. Any Rule 30(b)(6) deposition will be conducted in accordance with procedures set forth in Fed. R. Civ. P. 30 regarding objections and preserving the record.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

    Very truly yours,

/s/

A. David Copperthite
United States Magistrate Judge